United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13774-amc

Stephanie Joanne Jahr  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 14, 2023 | Form ID: 130 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephanie Joanne Jahr, 1700 Butler Pike Apt 12a, Conshohocken, PA 19428-1255 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Stephanie Joanne Jahr mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 130* (3/23)–doc 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Stephanie Joanne Jahr )   Case No. 23−13774−amc
)
)
Debtor(s). )   Chapter: 13
)
)

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Matrix Due 12/20/23
   Means Test Calculation 122C−2 Due 12/27/23
   Plan Due 12/27/23
   Schedules A Due 12/27/23
   Schedules B Due 12/27/23
   Schedules C Due 12/27/23
   Schedules D Due 12/27/23
   Schedules E Due 12/27/23
   Schedules F Due 12/27/23
   Schedules G Due 12/27/23
   Schedules H Due 12/27/23
   Schedules I Due 12/27/23
   Schedules J Due 12/27/23
   Statement of Attorney Compensation Due 12/27/23
   Statement of Current Monthly Income (122C−1) Due 12/27/23
   Statement of Financial Affairs Due 12/27/23
   Summary of Assets and Liabilities Due 12/27/23

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: December 14, 2023                  By the Court

                                                                             Ashely M. Chan
                                                                             Judge, United States Bankruptcy Court