IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In RE: | STEPHANIE JOANNE JAHR | § | Case Number: | 23-13774-AMC-13 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

### REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT Carvana, LLC hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

    (i)        all notices given or required to be given in the case; and

    (ii)       all pleadings and correspondence served or required to be served in this case,

regarding Carvana, LLC should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn:  Carvana, LLC Department
AIS Portfolio Services, LLC
Account:  XXXXXXXX2001
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

    This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

                            Respectfully submitted,

                            /s/ Amitkumar Sharma
                            Amitkumar Sharma
                            Claims Processor
                            Bankruptcy Servicer for Carvana, LLC
                            AIS Portfolio Services, LLC
                            4515 N Santa Fe Ave. Dept. APS
                            Oklahoma City, OK 73118
                            (817)277-2011, Fax (817) 461-8070
                            ECFNotices@aisinfo.com
                            File # 1576727