## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                          :          **CHAPTER  13**
**Stephanie Joanne Jahr,**
     **DEBTOR**                    :          **BKY. NO. 23-13774-amc**

O R D E R

      AND NOW, this **4th**       day of      **Jan.**            ,   2024      upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

      It is Ordered that the Motion is Granted. Debtor has until **1/17/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.    No further extensions will be granted.

By the Court:

_____
Hon.  Ashely M. Chan
U.S. Bankruptcy Court Judge