Bridgecrest Acceptance Corp
Attn: Bankruptcy
7300 East Hampton Avenue Suite 100
Mesa, AZ 85209-3324

Carter Wilson
3877 Beech St
Cincinnati, OH 45227-3652

Cornerstone
Po Box 82561
Lincoln, NE 68501

Cybrcollect, Inc
Attn: Bankruptcy Attn: Bankruptcy
2350 South Ave , Ste 101
La Crosse, WI 54601

Dave Operating LCC
1265 S Cochran Ave
Los Angeles, CA 90019-2846

Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303

First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

IC Systems, Inc
Attn: Bankruptcy
PO Box 64378
St. Paul, MN 55164-0378

Illinois Tollway
Illinois Tollway Headquarters
2700 Odgen Avenue
Downers Grove, IL 60515

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank N.A.
Bankruptcy Mail Intake Team
700 Kansas Ln Fl 1
Monroe, LA 71203-4774

LifeStance Health Inc.
4800 N Scottsdale Rd Ste 6000
Scottsdale, AZ 85251-7616

Lizzie Wilson
3877 Beech St
Cincinnati, OH 45227-3652

LJ Ross & Associates
Attn: Bankruptcy
4 Universal Way, PO Box 6099
Jackson, MI 49204-6099

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Marquette Un
1313 W. Wisconsin
Milwaukee, WI 53233

Midwest Recovery Systems
Attn: Bankruptcy
PO Box 899
Florissant, MO 63032

National Credit Adjusters, LLC
327 West 4th Avenue
PO Box 3023
Hutchinson, KS 67504

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

New Jersey Turnpike Authority
P.O. Box 5042
Woodbridge, NJ 07095

New York State Thruway
200 Southern Blvd
Albany, NY 12209-2018

PA Turnpike Toll By Plate
P.O. Box 645631
Pittsburgh, PA 15264-5254

PA Turnpike Toll By Plate
Po Box 645631
Pittsburgh, PA 15264-5254

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Samuel Geltman and Company
45 Eisenhower Dr Ste 270
Paramus, NJ 07652-1434

Spring Oaks Capital, Llc
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327-1216

Telecom Self-reported
Po Box 4500
Allen, TX 75013

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000

U.S. Department of Education
Default Resolution Group
PO Box 5609
Greenville, TX 75403-5609

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Utility Self-reported
Po Box 4500
Allen, TX 75013

Vance & Huffman Llc
55 Monette Parkway
Smithfield, VA 23430-2577

Velocity Investments, Llc
Attn: Bankruptcy Attn: Bankruptcy
1800 Route 34N , Suite 305
Wall, NJ 07719

Verizon Communications Inc.
Attn: Bankruptcy
1095 Avenue of the Americas
New York, NY 10036-6797

We Energies
Attn: Bankruptcy
PO Box 2046
Milwaukee, WI 53201-2046