**PAYER MATRIX LLC**
1400 N Providence Rd
Ste 5000
Media, PA 19063

Direct Deposit Advice

*paylocity*

Check Date
October 6, 2023

Voucher Number
14043

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***6812 | 2,218.60 |
| **Total Direct Deposits** | | | 2,218.60 |

38581   300-100   362 14043 10986       38581
Stephanie J Jahr
1700 Butler Pike
12A
Conshohocken, PA  19428

## Non Negotiable - This is not a check - Non Negotiable

### PAYER MATRIX LLC

**Stephanie J Jahr**                                                                                     **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 362 | Fed Taxable Income | 2,914.02 | Check Date  October 6, 2023 |
| Location | 300-100 | Fed Filing Status | S | Period Beginning  September 18, 2023 |
| Salary | $3,000.00 | State Filing Status | S-0 | Period Ending  October 1, 2023 |

| | | |
|---|---|---|
| Voucher Number | | 14043 |
| Net Pay | | 2,218.60 |
| Total Hours Worked | | 72.00 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| BONUS | | | | 0.00 | 4,300.00 |
| FLOATIN | | | | 8.00 | 288.46 |
| HOLIDAY | | | | 40.00 | 1,465.38 |
| PTO | 37.50 | 8.00 | 300.00 | 118.00 | 4,334.13 |
| REGULAR | | | | 122.50 | 4,529.57 |
| SALARY | 37.50 | 72.00 | 2,700.00 | 1,299.00 | 47,547.17 |
| **Gross Earnings** | | **80.00** | **3,000.00** | **1,587.50** | **62,464.71** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 2,914.02 | 343.41 | 7,414.64 |
| MED | | 2,914.02 | 42.25 | 880.77 |
| PA | S-0 | 2,914.02 | 89.46 | 1,864.89 |
| PA-231004 | | 2,914.02 | 32.05 | 668.22 |
| PA-UP1J | | 2,914.02 | 2.00 | 40.00 |
| PASUI-E | | 3,000.00 | 2.10 | 43.73 |
| SS | | 2,914.02 | 180.67 | 3,766.21 |
| **Taxes** | | | **691.94** | **14,678.46** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental 125 | 3.72 | 74.40 |
| Medical 125 | 82.26 | 1,645.20 |
| Voluntary Critial Illness | 2.76 | 55.20 |
| Voluntary Life Insurance | 0.72 | 14.40 |
| **Deductions** | **89.46** | **1,789.20** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Jpmorgan Chase Bank, NA | C   ***6812 | 2,218.60 |
| **Total Direct Deposits** | | **2,218.60** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Floating | 16.00 | 24.00 |
| Paid Time | -26.52 | 111.00 |

PAYER MATRIX LLC | 1400 N Providence Rd Ste 5000  Media, PA 19063 | 877-305-6202 | FEIN: 81-3946362 | PA: 75-87941

**PAYER MATRIX LLC**
1400 N Providence Rd
Ste 5000
Media, PA 19063

Direct Deposit Advice

paylocity

**Check Date**
October 20, 2023

**Voucher Number**
14263

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***6812 | 3,334.21 |
| **Total Direct Deposits** | | | 3,334.21 |

38581   300-100   362  14263  11177         38581
Stephanie J Jahr
1700 Butler Pike
12A
Conshohocken, PA  19428

## Non Negotiable - This is not a check - Non Negotiable

### PAYER MATRIX LLC

Stephanie J Jahr

**Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 362 | Fed Taxable Income | 4,614.02 | Check Date October 20, 2023 |
| Location | 300-100 | Fed Filing Status | S | Period Beginning October 2, 2023 |
| Salary | $3,000.00 | State Filing Status | S-0 | Period Ending October 15, 2023 |

Voucher Number  14263
Net Pay  3,334.21
Total Hours Worked  80.00

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| BONUS | | 0.00 | 1,700.00 | 0.00 | 6,000.00 |
| FLOATIN | | | | 8.00 | 288.46 |
| HOLIDAY | | | | 40.00 | 1,465.38 |
| PTO | | | | 118.00 | 4,334.13 |
| REGULAR | | | | 122.50 | 4,529.57 |
| SALARY | 37.50 | 80.00 | 3,000.00 | 1,379.00 | 50,547.17 |
| **Gross Earnings** | | 80.00 | 4,700.00 | 1,667.50 | 67,164.71 |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 4,614.02 | 725.67 | 8,140.31 |
| MED | | 4,614.02 | 66.90 | 947.67 |
| PA | S-0 | 4,614.02 | 141.65 | 2,006.54 |
| PA-231004 | | 4,614.02 | 50.75 | 718.97 |
| PA-UP1J | | 4,614.02 | 2.00 | 42.00 |
| PASUI-E | | 4,700.00 | 3.29 | 47.02 |
| SS | | 4,614.02 | 286.07 | 4,052.28 |
| **Taxes** | | | 1,276.33 | 15,954.79 |

| Deductions | Amount | YTD |
|---|---|---|
| Dental 125 | 3.72 | 78.12 |
| Medical 125 | 82.26 | 1,727.46 |
| Voluntary Critial Illness | 2.76 | 57.96 |
| Voluntary Life Insurance | 0.72 | 15.12 |
| **Deductions** | 89.46 | 1,878.66 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, NA | C | ***6812 | 3,334.21 |
| **Total Direct Deposits** | | | 3,334.21 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Floating | 16.00 | 24.00 |
| Paid Time | -21.90 | 111.00 |

PAYER MATRIX LLC | 1400 N Providence Rd Ste 5000  Media, PA 19063 | 877-305-6202 | FEIN: 81-3946362 | PA: 75-87941

**PAYER MATRIX LLC**
1400 N Providence Rd
Ste 5000
Media, PA 19063

Direct Deposit Advice

paylocity

Check Date: November 3, 2023

Voucher Number: 14479

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***6812 | 2,218.56 |
| **Total Direct Deposits** | | | **2,218.56** |

38581  300-100  362  14479  11359        38581

Stephanie J Jahr
1700 Butler Pike
12A
Conshohocken, PA 19428

## Non Negotiable - This is not a check - Non Negotiable

### PAYER MATRIX LLC

**Stephanie J Jahr**                                    **Earnings Statement**

| Employee ID | 362 | Fed Taxable Income | 2,914.02 | Check Date | November 3, 2023 | Voucher Number | 14479 |
| Location | 300-100 | Fed Filing Status | S | Period Beginning | October 16, 2023 | Net Pay | 2,218.56 |
| Salary | $3,000.00 | State Filing Status | S-0 | Period Ending | October 29, 2023 | Total Hours Worked | 80.00 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| BONUS | | | | 0.00 | 6,000.00 |
| FLOATIN | | | | 8.00 | 288.46 |
| HOLIDAY | | | | 40.00 | 1,465.38 |
| PTO | | | | 118.00 | 4,334.13 |
| REGULAR | | | | 122.50 | 4,529.57 |
| SALARY | 37.50 | 80.00 | 3,000.00 | 1,459.00 | 53,547.17 |
| **Gross Earnings** | | **80.00** | **3,000.00** | **1,747.50** | **70,164.71** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 2,914.02 | 343.41 | 8,483.72 |
| MED | | 2,914.02 | 42.29 | 989.96 |
| PA | S-0 | 2,914.02 | 89.46 | 2,096.00 |
| PA-231004 | | 2,914.02 | 32.05 | 751.02 |
| PA-UP1J | | 2,914.02 | 2.00 | 44.00 |
| PASUI-E | | 3,000.00 | 2.10 | 49.12 |
| SS | | 2,914.02 | 180.67 | 4,232.95 |
| **Taxes** | | | **691.98** | **16,646.77** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental 125 | 3.72 | 81.84 |
| Medical 125 | 82.26 | 1,809.72 |
| Voluntary Critial Illness | 2.76 | 60.72 |
| Voluntary Life Insurance | 0.72 | 15.84 |
| **Deductions** | **89.46** | **1,968.12** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, NA | C | ***6812 | 2,218.56 |
| **Total Direct Deposits** | | | **2,218.56** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Floating | 16.00 | 24.00 |
| Paid Time | -17.29 | 111.00 |

PAYER MATRIX LLC | 1400 N Providence Rd Ste 5000  Media, PA 19063 | 877-305-6202 | FEIN: 81-3946362 | PA: 75-87941

**PAYER MATRIX LLC**
1400 N Providence Rd
Ste 5000
Media, PA 19063

Direct Deposit Advice

paylocity

Check Date
November 17, 2023

Voucher Number
14693

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***6812 | 2,218.60 |
| **Total Direct Deposits** | | | 2,218.60 |

38581   300-100   362 14693 11545           38581
Stephanie J Jahr
1700 Butler Pike
12A
Conshohocken, PA  19428

## Non Negotiable - This is not a check - Non Negotiable

### PAYER MATRIX LLC

**Stephanie J Jahr**                                                                          **Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | 362 | Fed Taxable Income | 2,914.02 |
| Location | 300-100 | Fed Filing Status | S |
| Salary | $3,000.00 | State Filing Status | S-0 |

| | | |
|---|---|---|
| Check Date | November 17, 2023 | |
| Period Beginning | October 30, 2023 | |
| Period Ending | November 12, 2023 | |

| | |
|---|---|
| Voucher Number | 14693 |
| Net Pay | 2,218.60 |
| Total Hours Worked | 72.00 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| BONUS | | | | 0.00 | 6,000.00 |
| FLOATIN | 37.50 | 8.00 | 300.00 | 16.00 | 588.46 |
| HOLIDAY | | | | 40.00 | 1,465.38 |
| PTO | | | | 118.00 | 4,334.13 |
| REGULAR | | | | 122.50 | 4,529.57 |
| SALARY | 37.50 | 72.00 | 2,700.00 | 1,531.00 | 56,247.17 |
| **Gross Earnings** | | **80.00** | **3,000.00** | **1,827.50** | **73,164.71** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 2,914.02 | 343.41 | 8,827.13 |
| MED | | 2,914.02 | 42.25 | 1,032.21 |
| PA | S-0 | 2,914.02 | 89.46 | 2,185.46 |
| PA-231004 | | 2,914.02 | 32.05 | 783.07 |
| PA-UP1J | | 2,914.02 | 2.00 | 46.00 |
| PASUI-E | | 3,000.00 | 2.10 | 51.22 |
| SS | | 2,914.02 | 180.67 | 4,413.62 |
| **Taxes** | | | **691.94** | **17,338.71** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental 125 | 3.72 | 85.56 |
| Medical 125 | 82.26 | 1,891.98 |
| Voluntary Critial Illness | 2.76 | 63.48 |
| Voluntary Life Insurance | 0.72 | 16.56 |
| **Deductions** | **89.46** | **2,057.58** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, NA | C | ***6812 | 2,218.60 |
| **Total Direct Deposits** | | | **2,218.60** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Floating | 0.00 | 0.00 |
| Paid Time | -4.67 | 0.00 |

PAYER MATRIX LLC | 1400 N Providence Rd Ste 5000  Media, PA 19063 | 877-305-6202 | FEIN: 81-3946362 | PA: 75-87941

**PAYER MATRIX LLC**
1400 N Providence Rd
Ste 5000
Media, PA 19063

Direct Deposit Advice

paylocity

Check Date: December 1, 2023
Voucher Number: 14917

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***6812 | 2,278.97 |
| **Total Direct Deposits** | | | **2,278.97** |

38581   300-100   362  14917  11735         38581
Stephanie J Jahr
1700 Butler Pike
12A
Conshohocken, PA  19428

**Non Negotiable - This is not a check - Non Negotiable**

## PAYER MATRIX LLC

**Stephanie J Jahr**                                                    **Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | 362 | Fed Taxable Income | 3,000.00 |
| Location | 300-100 | Fed Filing Status | S |
| Salary | $3,000.00 | State Filing Status | S-0 |

| | | |
|---|---|---|
| Check Date | December 1, 2023 | |
| Period Beginning | November 13, 2023 | |
| Period Ending | November 26, 2023 | |

| | |
|---|---|
| Voucher Number | 14917 |
| Net Pay | 2,278.97 |
| Total Hours Worked | 61.50 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| BONUS | | | | 0.00 | 6,000.00 |
| FLOATIN | | | | 16.00 | 588.46 |
| HOLIDAY | 37.50 | 16.00 | 600.00 | 56.00 | 2,065.38 |
| PTO | 37.50 | 2.50 | 93.75 | 120.50 | 4,427.88 |
| REGULAR | | | | 122.50 | 4,529.57 |
| SALARY | 37.50 | 61.50 | 2,306.25 | 1,592.50 | 58,553.42 |
| **Gross Earnings** | | **80.00** | **3,000.00** | **1,907.50** | **76,164.71** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 3,000.00 | 362.33 | 9,189.46 |
| MED | | 3,000.00 | 43.50 | 1,075.71 |
| PA | S-0 | 3,000.00 | 92.10 | 2,277.56 |
| PA-231004 | | 3,000.00 | 33.00 | 816.07 |
| PA-UP1J | | 3,000.00 | 2.00 | 48.00 |
| PASUI-E | | 3,000.00 | 2.10 | 53.32 |
| SS | | 3,000.00 | 186.00 | 4,599.62 |
| **Taxes** | | | **721.03** | **18,059.74** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental 125 | | 85.56 |
| Medical 125 | | 1,891.98 |
| Voluntary Critial Illness | | 63.48 |
| Voluntary Life Insurance | | 16.56 |
| | | 2,057.58 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, NA | C | ***6812 | 2,278.97 |
| **Total Direct Deposits** | | | **2,278.97** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Floating | 0.00 | 0.00 |
| Paid Time | -7.17 | 2.50 |

PAYER MATRIX LLC | 1400 N Providence Rd Ste 5000 Media, PA 19063 | 877-305-6202 | FEIN: 81-3946362 | PA: 75-87941

**PAYER MATRIX LLC**
1400 N Providence Rd
Ste 5000
Media, PA 19063

WELLS FARGO BANK, NA
11-24/1210

paylocity

Check Date
December 15, 2023

Check Number
1018905235

PAYROLL CHECK

Pay this amount: One thousand two hundred eighty-eight dollars and fourteen cents ******

$ ** 1,288.14

VOID AFTER 180 DAYS

To the order of  38581    300-100    362    1018905235    12104         38581
Stephanie J Jahr
1700 Butler Pike
12A
Conshohocken, PA  19428

Authorized Signature

⑆1018905235⑆ ⑈121000248⑈ 412167500 3⑆

## PAYER MATRIX LLC

**Stephanie J Jahr**                                                                                    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 362 | Fed Taxable Income | 1,600.00 | Check Date | December 15, 2023 |
| Location | 300-100 | Fed Filing Status | S | Period Beginning | November 27, 2023 |
| Salary | $3,000.00 | State Filing Status | S-0 | Period Ending | December 10, 2023 |

| | |
|---|---|
| Check Number | 1018905235 |
| Net Pay | 1,288.14 |
| Check Amount | 1,288.14 |
| Total Hours Worked | 16.00 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| BONUS | 0.00 | | 1,000.00 | 0.00 | 7,000.00 |
| FLOATIN | | | | 16.00 | 588.46 |
| HOLIDAY | | | | 56.00 | 2,065.38 |
| PTO | | | | 120.50 | 4,427.88 |
| REGULAR | 37.50 | 16.00 | 600.00 | 138.50 | 5,129.57 |
| SALARY | | | | 1,592.50 | 58,553.42 |
| **Gross Earnings** | | **16.00** | **1,600.00** | **1,923.50** | **77,764.71** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 1,600.00 | 119.62 | 9,309.08 |
| MED | | 1,600.00 | 23.20 | 1,098.91 |
| PA | S-0 | 1,600.00 | 49.12 | 2,326.68 |
| PA-231004 | | 1,600.00 | 17.60 | 833.67 |
| PA-UP1J | | 1,600.00 | 2.00 | 50.00 |
| PASUI-E | | 1,600.00 | 1.12 | 54.44 |
| SS | | 1,600.00 | 99.20 | 4,698.82 |
| **Taxes** | | | **311.86** | **18,371.60** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental 125 | | 85.56 |
| Medical 125 | | 1,891.98 |
| Voluntary Critial Illness | | 63.48 |
| Voluntary Life Insurance | | 16.56 |
| | | 2,057.58 |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Floating | 0.00 | 0.00 |
| Paid Time | -7.17 | 2.50 |

PAYER MATRIX LLC | 1400 N Providence Rd Ste 5000  Media, PA 19063 | 877-305-6202 | FEIN: 81-3946362 | PA: 75-87941