## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 23-13774-AMC |
| | ) | |
| Stephanie Joanne Jahr, | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### CERTIFICATE OF SERVICE

I certify that on February 20, 2024, I caused to be served a true and correct copy of the foregoing

Objection to Confirmation by electronic mail or by first class mail with postage prepaid on the following:


Via US Mail

Stephanie Joanne Jahr
1700 Butler Pike Apt 12a
Conshohocken, PA 19428


Via CM / ECF / NEF

MICHAEL A. CIBIK
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

SCOTT F. WATERMAN
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov


/s/ Cathy Bush
4515 N. Santa Fe Ave.,
Oklahoma City, OK 73118