**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Stephanie Joanne Jahr,<br><br>        Debtor | CASE NO.: 23-13774-AMC<br><br><br><br>CHAPTER 13 |

**ORDER OF COURT**

AND NOW, this___day of_____,20__, upon consideration of the Objection by Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, confirmation of the Proposed Plan is denied by the Court.

                                          BY THE COURT:

                                          _____
                                          Ashely M. Chan
                                          U.S. BANKRUPTCY JUDGE