UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Stephanie Joanne Jahr<br><br><br>                      Debtor | Chapter 13<br><br>Bankruptcy No. 23-13774-AMC |

## CERTIFICATE OF SERVICE

      I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 18th day of March, 2024 by first class mail upon those listed below:

Stephanie Joanne Jahr
1700 Butler Pike Apt 12a
Conshohocken, PA  19428-1255

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

George M. Conway, Esq.
Office of the United States Trustee

 

                                                    */s/ Kristen Gliem*
                                                    Kristen Gliem
                                                    for
                                                    Scott F. Waterman, Esq.
                                                    Standing Chapter 13 Trustee