United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13774-amc |
| Stephanie Joanne Jahr | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephanie Joanne Jahr, 1700 Butler Pike Apt 12a, Conshohocken, PA 19428-1255 |
| 14839849 | | Carter Wilson, 3877 Beech St, Cincinnati, OH 45227-3652 |
| 14839859 | # | LifeStance Health Inc., 4800 N Scottsdale Rd Ste 6000, Scottsdale, AZ 85251-7616 |
| 14839860 | | Lizzie Wilson, 3877 Beech St, Cincinnati, OH 45227-3652 |
| 14839863 | | Marquette Un, 1313 W. Wisconsin, Milwaukee, WI 53233 |
| 14839868 | | New York State Thruway, 200 Southern Blvd, Albany, NY 12209-2018 |
| 14839874 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14846515 | | Samuel Geltman and Company, 45 Eisenhower Dr Ste 270, Paramus, NJ 07652-1434 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 24 2024 00:24:48 | Bridgecrest Credit Company, LLC as Servicer for Ca, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 24 2024 00:24:52 | Carvana, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14839848 | | Email/Text: rm-bknotices@bridgecrest.com | May 24 2024 00:03:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14849246 | + | Email/Text: documentfiling@lciinc.com | May 24 2024 00:01:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14839300 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 24 2024 01:12:03 | Carvana, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14856170 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 24 2024 01:12:01 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 23-13774-amc   Doc 32   Filed 05/25/24   Entered 05/26/24 00:36:09   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| ID | Flag | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14839850 | ^ | MEBN | May 23 2024 23:55:02 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 14839852 | | Email/Text: davecares@dave.com | May 24 2024 00:02:28 | Dave Operating LCC, 1265 S Cochran Ave, Los Angeles, CA 90019-2846 |
| 14839853 | + | Email/Text: bnc-bluestem@quantum3group.com | May 24 2024 00:03:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14839854 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 24 2024 00:10:39 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14839855 | | Email/Text: Bankruptcy@ICSystem.com | May 24 2024 00:02:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 14839856 | + | Email/Text: bankruptcy@getipass.com | May 24 2024 00:02:00 | Illinois Tollway, Illinois Tollway Headquarters, 2700 Odgen Avenue, Downers Grove, IL 60515-1703 |
| 14839857 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2024 00:02:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14839858 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2024 00:51:16 | JPMorgan Chase Bank N.A., Bankruptcy Mail Intake Team, 700 Kansas Ln Fl 1, Monroe, LA 71203-4774 |
| 14839861 | | Email/Text: support@ljross.com | May 24 2024 00:02:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, PO Box 6099, Jackson, MI 49204-6099 |
| 14849081 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 01:12:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14839862 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 00:24:54 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14839864 | + | Email/Text: EDI@CACIONLINE.NET | May 24 2024 00:02:00 | Midwest Recovery Systems, Attn: Bankruptcy, PO Box 899, Florissant, MO 63032-0899 |
| 14839867 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 24 2024 00:02:00 | New Jersey Turnpike Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14855616 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 24 2024 00:02:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14839865 | + | Email/Text: bankruptcy@ncaks.com | May 24 2024 00:01:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, PO Box 3023, Hutchinson, KS 67504-3023 |
| 14852831 | + | Email/Text: bankruptcy@ncaks.com | May 24 2024 00:01:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 14839866 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 00:03:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14839869 | ^ | MEBN | May 23 2024 23:54:55 | PA Turnpike Toll By Plate, P.O. Box 645631, Pittsburgh, PA 15264-5254 |
| 14839871 | + | Email/Text: bankruptcygroup@peco-energy.com | May 24 2024 00:02:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14839872 | | Email/Text: fesbank@attorneygeneral.gov | May 24 2024 00:02:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14839873 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14839874 | ^ | MEBN | May 23 2024 23:55:06 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14850102 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 24 2024 00:03:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 772813, Chicago IL 60677-2813 |
| 14849734 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2024 00:03:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14839875 | | Email/Text: bankruptcy@springoakscapital.com | May 24 2024 00:01:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 14854841 | | Email/Text: bankruptcy@springoakscapital.com | May 24 2024 00:01:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 14839876 | ^ | MEBN | May 23 2024 23:54:58 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14839877 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2024 00:03:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14839878 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 24 2024 00:03:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14839879 | | Email/Text: EDBKNotices@ecmc.org | May 24 2024 00:01:00 | U.S. Department of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 14850326 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 00:03:00 | U.S. Department of Education, c/o Nelnet, PO Box 2837, Portland, OR 97208-2837 |
| 14850118 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 00:03:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14839880 | ^ | MEBN | May 23 2024 23:54:34 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14839881 | ^ | MEBN | May 23 2024 23:54:22 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14839882 | | Email/Text: webadmin@vhllc.co | May 24 2024 00:03:00 | Vance & Huffman Llc, 55 Monette Parkway, Smithfield, VA 23430-2577 |
| 14839883 | ^ | MEBN | May 23 2024 23:54:29 | Velocity Investments, Llc, Attn: Bankruptcy Attn: Bankruptcy, 1800 Route 34N , Suite 305, Wall, NJ 07719-9146 |
| 14839884 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 24 2024 00:01:00 | Verizon Communications Inc., Attn: Bankruptcy, 1095 Avenue of the Americas, New York, NY 10036-6704 |
| 14848891 | + | Email/Text: Bankruptcy-Notifications@we-energies.com | May 24 2024 00:01:00 | WE ENERGIES, ATTN BANKRUPTCY DEPT RM A130, 333 W EVERETT ST, MILWAUKEE, WI 53203-2803 |
| 14839885 | | Email/Text: Bankruptcy-Notifications@we-energies.com | May 24 2024 00:01:00 | We Energies, Attn: Bankruptcy, PO Box 2046, Milwaukee, WI 53201-2046 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14846805 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14839870 | * | PA Turnpike Toll By Plate, Po Box 645631, Pittsburgh, PA 15264-5254 |
| 14839851 | ## | Cybrcollect, Inc, Attn: Bankruptcy Attn: Bankruptcy, 2350 South Ave , Ste 101, La Crosse, WI 54601 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 0313-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 4 of 4
Date Rcvd: May 23, 2024　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　Total Noticed: 54

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024　　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Stephanie Joanne Jahr help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC rcohen@lavin-law.com, mmalone@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13774-pmm |
| Stephanie Joanne Jahr, | Chapter 13 |
| Debtor. | Related to ECF No. 23 |

### Order Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either:**

    a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor's Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor pursuant to 11 U.S.C. §1326(a)(2).

Date: May 23, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge