# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Stephanie Joanne Jahr,<br><br>*Debtor.* | Chapter 13<br>Case No. 23-13774 |

## Debtor's Motion to Reinstate Case

Debtor Stephanie Joanne Jahr, through her attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on December 13, 2023.

2. The Debtor has filed a plan and all schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b). This case is assigned to standing Trustee Scott F. Waterman.

3. This case was dismissed on May 22, 2024, for failure to make plan payments.

4. The Debtor's plan payments were past-due in the amount of $1,800.00 when this case was dismissed.

5. The Debtor intends to pay $1,800.00 to the Trustee prior to the hearing on this Motion.

6. The Debtor requests that this case be reinstated.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: May 29, 2024                     CIBIK LAW, P.C.
                                       *Attorney for Debtor*

                                       By: /s/ Mike Assad
                                       Mike Assad (#330937)
                                       1500 Walnut Street, Suite 900
                                       Philadelphia, PA 19102
                                       215-735-1060
                                       help@cibiklaw.com