# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Stephanie Joanne Jahr,  *Debtor.* | Case No. 23-13774 <br> Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

- Motion to Reinstate Case
- Notice of Motion to Reinstate Case, Response Deadline, and Hearing Date

Dated: May 29, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com