## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Stephanie Joanne Jahr,<br><br>*Debtor*. | Case No. 23-13774-AMC<br>Chapter 13 |

### Praecipe to Change Address

To the Clerk of Court:

Please change the Debtor's address to the following. Thank you.

11 E. Athens Ave.
Unit #15-2A
Ardmore, PA 19003-2200

Date: June 27, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Mike Assad

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com