| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-13774-AMC**

STEPHANIE JOANNE JAHR
11 E ATHENS AVENUE
UNIT #15-2A
ARDMORE  PA    19003-2200

Petition Filed Date: 12/13/2023
341 Hearing Date: 03/15/2024
Confirmation Date:

Case Status: Dismissed Before Confirmation on 5/23/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2024 | $1,200.00 |  | 06/27/2024 | $300.00 | 19592884836 | 06/27/2024 | $500.00 | 19592884835 |
| 06/27/2024 | $500.00 | 19592884834 | 06/27/2024 | $500.00 | 19592884833 | 07/16/2024 | $600.00 | 29234570321 |

**Total Receipts for the Period:  $3,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | WE ENERGIES<br>»»  001 | Unsecured Creditors | $295.47 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $888.83 | $0.00 | $0.00 |
| 3 | COMCAST INC<br>»»  003 | Unsecured Creditors | $242.54 | $0.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  004 | Unsecured Creditors | $627.50 | $0.00 | $0.00 |
| 5 | US DEPARTMENT OF EDUCATION<br>»»  005 | Unsecured Creditors | $126,448.52 | $0.00 | $0.00 |
| 6 | NATIONAL CREDIT ADJUSTERS LLC<br>»»  006 | Unsecured Creditors | $625.03 | $0.00 | $0.00 |
| 7 | SPRING OAKS CAPITAL SPV LLC<br>»»  007 | Unsecured Creditors | $705.44 | $0.00 | $0.00 |
| 8 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  008 | Unsecured Creditors | $275.90 | $0.00 | $0.00 |
| 9 | CARVANA, LLC/BRIDGECREST<br>»»  009 | Secured Creditors | $2,656.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13774-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,600.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $360.00 | Total Plan Base: | $36,000.00 |
| Funds on Hand: | $3,240.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.